UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
) CASE NO. CR12-047-MJP
    Plaintiff, )
)
  v. )
) DETENTION ORDER
JORGE GARCIA-RODRIGUEZ, )
)
    Defendant. )
_____ )

<u>Offense charged</u>:    Conspiracy to Distribute Controlled Substances

<u>Date of Detention Hearing</u>:    April 2, 2012.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant's criminal record includes two previous VUCSA convictions. If formally alleged, these convictions could lead to the imposition of a penalty of life imprisonment. Defendant's second VUCSA conviction was committed while either on probation or just after completing probation for the first VUCSA conviction, and the instant offense allegedly occurred not long after supervision terminated for the second VUCSA conviction. Defendant is a U.S. citizen, although his wife is a Mexican national. He has traveled to Mexico several times in the last 10 years. Defendant previously was a user of controlled substances.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

DETENTION ORDER
PAGE -2

01 with a court proceeding; and

02 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel
03 for the defendant, to the United States Marshal, and to the United State Pretrial Services
04 Officer.

05 DATED this 3rd day of April, 2012.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3